IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZEN YORK LOWTHER,<br><br>Defendant. | CR 24–16–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture.  (Doc. 24.)  Defendant Zen York Lowther has been adjudged guilty of possession of a firearm with an obliterated serial number, in violation of 18 U.S.C. § 922(k), as charged in Count 2 of the Indictment.  (Doc. 26.)  As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 24) is GRANTED.

IT IS FURTHER ORDERED that Lowther's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- $5,257 U.S. currency

- Armed Guns/Eternal Arms (Dork Silah) PAS12 rifle/shotgun, Cal 12, SN: 20E-5584

- JA Industries LLC, J.A. Nine pistol, Cal 9, SN: None, obliterated

1

- Glock Inc. 42 pistol, Cal .380, SN: ABEW552

- Savage Axis Rifle, Cal 30-06, SN: J589454

- Harrington and Richardson Topper 158 Shotgun, Cal 410, SN: None

- Remington Arms Company 700 Rifle, Cal 270, SN: 206501

- Ruger 10/22 Rifle, Cal 22, SN: 245-29944

- Ruger M77 Rifle, Cal 25-06, SN: 771-25833

- Glock Inc. 44 pistol, Cal 22, SN: ADEV844

- HIPOINT (Strassel) (Machine Inc.) M16507 Rifle, Cal 10 SN: 1095TS

- -Smith & Wesson 39 pistol, Cal 9, SN: A662573

- Ruger 22/45 Mark 111 Pistol, Cal 22, SN: 272-65834

- Glock GMBH Pistol, Cal 40, SN: MSL 101

- Ruger Ruger-57 Pistol, Cal 57, SN: 642-34671

- High Standard, Pistol, HD, Cal 22, SN: 136698

- Smith & Wesson 66 Revolver, Cal 357, SN: 4K86663

- Springfield Armory, Geneseo, Il. Saint Rifel, Cal multi, SN: ST101846

- Ruger 10/22 Rifle, Cal 22, SN: 259-44838

- Colt Sporter Lightweight Rifle, Cal 223, SN: SL025681

- Savage 93 Rifle, Cal 22, SN: 1056783

- Thompson/Center Arms Co. Ventura Rifle, Cal 308, SN: U068305

- Unknown Unknown Silencer, Cal Unknown, SN: None

- Unknown Unknown Silencer, Cal Unknown, SN: None

- Assorted ammunition

- Assorted accessories

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms & Explosives and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 19th day of August, 2024.

3

_____
Dana L. Christensen, District Judge
United States District Court