IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZEN YORK LOWTHER,<br><br>Defendant. | CR 24–16–M–DWM<br><br><br><br>ORDER |

On November 1, 2024, the United States filed an Unopposed Motion for Final Order of Forfeiture. (Doc. 31.) Having reviewed this Motion, the Court finds:

(1) The United States commenced this action pursuant to 18 U.S.C. § 924(d).

(2) A Preliminary Order of Forfeiture was entered on August 19, 2024. (Doc. 27.)

(3) All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 29.)

(4) It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

1

(5) Nicholas Shawn Burns has been identified as the owner of the Glock GMBH Pistol, Cal 40, SN: MSL 101. The United States agrees that Mr. Burns is the owner, and the Glock GMBH Pistol, Cal 40, SN: MSL 101 should be returned to him.

(6) Dylan Richard Burkhart has been identified as the owner of the Glock Inc. 42 pistol, Cal .380, SN: ABEW552. The United States agrees that Mr. Burkhart is the owner and the Glock Inc. 42 pistol, Cal .380, SN: ABEW552 should be returned to him.

(7) Bailey Ross Weible has been identified as the owner of the Ruger Ruger-57 Pistol, Cal 57, SN: 642-34671. The United States agrees that Mr. Weible is the owner and the Ruger Ruger-57 Pistol, Cal 57, SN: 642-34671 should be returned to him.

(8) Luana Jean Shepard has been identified as the owner of the Ruger 10/22 Rifle, Cal 22, SN: 259-44838. The United States agrees that Ms. Shepard is the owner and the Ruger 10/22 Rifle, Cal 22, SN: 259-44838 should be returned to her.

Accordingly, IT IS ORDERED that:

(1) The United States' Unopposed Motion for Final Order of Forfeiture, (Doc. 31), is GRANTED.

(2) Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) free from the claims of any other party, the following property:

- Kimber, model SIS Pro, .45 caliber pistol, SN: KR69852;
- Armed Guns/Eternal Arms (Dorak Silah) PAS12 rifle/shotgun, Cal 12, SN: 20E-5584;
- JA Industries LLC, J.A. Nine pistol, Cal 9, SN: None, obliterated;
- Savage Axis Rifle, Cal 30-06, SN: J589454;
- Harrington and Richardson Topper 158 Shotgun, Cal 410, SN: None;
- Remington Arms Company 700 Rifle, Cal 270, SN: 206501;
- Ruger 10/22 Rifle, Cal 22, SN: 245-29944;
- Ruger M77 Rifle, Cal 25-06, SN: 771-25833;
- Glock Inc. 44 pistol, Cal 22, SN: ADEV844;
- HIPOINT (Strassel) (Machine Inc.) M16507 Rifle, Cal 10 SN: 1095TS;
- Smith & Wesson 39 pistol, Cal 9, SN: A662573;
- Ruger 22/45 Mark 111 Pistol, Cal 22, SN: 272-65834;
- High Standard, Pistol, HD, Cal 22, SN: 136698;
- Smith & Wesson 66 Revolver, Cal 357, SN: 4K86663;
- Springfield Armory, Geneseo, Il. Saint Rifle, Cal multi, SN: ST101846;
- Colt Sporter Lightweight Rifle, Cal 223, SN: SL025681;
- Savage 93 Rifle, Cal 22, SN: 1056783;
- Thompson/Center Arms Co. Ventura Rifle, Cal 308, SN: U068305;
- Unknown Unknown Silencer, Cal Unknown, SN: None;
- Unknown Unknown Silencer, Cal Unknown, SN: None;
- Assorted ammunition; and
- Assorted accessories.

(3) Pursuant to Nicholas Shawn Burns being identified as the owner and to agreement by the government, the United States is directed to return the Glock GMBH Pistol, Cal 40, SN: MSL 101 to Mr. Burns.

(4) Pursuant to Dylan Richard Burkhart being identified as the owner and

to agreement by the government, the United States is directed to return the Glock Inc. 42 pistol, Cal .380, SN: ABEW552 to Mr. Burkhart.

(5)     Pursuant to Bailey Ross Weible being identified as the owner and to agreement by the government, the United States is directed to return the Ruger Ruger-57 Pistol, Cal 57, SN: 642-34671 to Mr. Waible.

(6)     Pursuant to Luana Jean Shepard being identified as the owner and to agreement by the government, the United States is directed to return the Ruger 10/22 Rifle, Cal 22, SN: 259-44838 to Ms. Shepard.

(7)     The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 4th day of November, 2024.

_____
Donald W. Molloy, District Judge
United States District Court